■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELVIS WINTER, Appellant. [931 NYS2d 224]—

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Tom, J.P., Andrias, Catterson, Acosta and Renwick, JJ.